

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00549-CV

EDWARD MOERS AND DANIEL MOERS, Appellants

V.

HARRIS COUNTY APPRAISAL DISTRICT, CHIEF APPRAISER OF HARRIS COUNTY APPRAISAL, JIM ROBINSON, AND HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellees

Appeal from the 165th District Court of Harris County. (Tr. Ct. No. 2009-55877).

**TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on March 22, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment that dismissed appellants' claims for tax year 2012 with prejudice. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to provide that the dismissal of Appellants' claims for tax year 2012 is without prejudice.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court orders that the appellants, Edward Moers and Daniel Moers, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2015.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 22, 2016

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT